UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MEGAN WALLETT,

    Plaintiff,

v.

E. B. ENDRES, INC.,

    Defendant.

CIVIL DIVISION

Case No. 1:14-cv-01555-YK

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| /s/ Michael J. Bruzzese | /s/ David P. Andrews |
|  | /s/ Elizabeth A. Benjamin |
| Bruzzese & Temple | Andrews & Beard |
| 300 Koppers Building | 3366 Lynnwood drive |
| 436 Seventh Avenue | Altoona, PA 16603 |
| Pittsburgh, PA 15219 | |
| Counsel for the plaintiff | Counsel for the defendant |

### ORDER

AND NOW, this 12th day of February 2015, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

Honorable Yvette Kane